

Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

ROBERT W. ASHBROOK JR.

robert.ashbrook@dechert.com
+1 (215) 994-2215 Direct
+1 (215) 655-2215 Fax

November 6, 2009

**VIA FACSIMILE (609-989-0451)**
Honorable Douglas E. Arpert, USMJ
Clarkson S. Fisher Building and U.S. Courthouse
District of New Jersey
402 East State Street
Room 4050
Trenton, New Jersey 08608

**RECEIVED**

**NOV 10 2009**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:    *PharmaNet v. DataSci*, No. 08-cv-2965

Dear Judge Arpert:

I represent the plaintiffs in the above lawsuit. I represent that I have the defendant's consent to make this request jointly.

The parties are engaged in settlement discussions. In order to continue meaningful discussions and avoid potentially unnecessary legal expenses, the parties hereby jointly request that the Court extend the following dates set forth in the Scheduling Orders issued March 24, 2009 and October 20, 2009, by two weeks. Set forth below are the current due dates and the parties' proposed new dates.

| Current Due Date | Parties' Proposed New Date |
|---|---|
| November 6, 2009 – Opening Markman Briefs | November 20, 2009 – Opening Markman Briefs |
| December 7, 2009 – Expert Witness Discovery | December 21, 2009 – Expert Witness Discovery |
| February 5, 2010 – Responding Markman Briefs | February 19, 2010 – Responding Markman Briefs |
| February 19, 2010 – Counsel confer and propose date to Court for Markman Hearing | March 5, 2010 – Counsel confer and propose date to Court for Markman Hearing |

The parties thank the Court in advance for its consideration of this request.

Respectfully submitted,

Robert W. Ashbrook, Jr.
RWA:ldl

cc: Kevin Bell (KBell@PattonBoggs.com)

So Ordered:

Douglas E. Arpert, U.S.M.J.

US Austin Boston Charlotte Hartford New York Newport Beach Philadelphia Princeton San Francisco Silicon Valley Washington DC
EUROPE Brussels London Luxembourg Moscow Munich Paris ASIA Beijing Hong Kong