**PATTON BOGGS LLP**
**ATTORNEYS AT LAW**

8484 Westpark Drive
Suite 900
McLean, VA 22102
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com

November 19, 2009

**VIA FACSIMILE**
Honorable Douglas E. Arpert, USMJ
Clarkson S. Fisher Building and U.S.
Courthouse
District of New Jersey
402 East State Street
Room 4050
Trenton, New Jersey 08608

RECEIVED
NOV 20 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   *PharmaNet v. DataSci, LLC*, Civil Action No. 08-cv-2965

Dear Judge Arpert,

The parties are continuing their settlement discussions. In order to continue meaningful discussions and avoid potentially unnecessary legal expenses, the parties hereby jointly request that the Court extend the following dates set forth in the Scheduling Order, issued March 24, 2009, October 20, 2009 and November 10, 2009 by two to three weeks. Set forth below are the current due dates and the parties' proposed new dates.

| Current Due Date | Parties' Proposed New Date |
| --- | --- |
| November 20, 2009 – Opening Markman Briefs | December 4, 2009 – Opening Markman Briefs |
| December 21, 2009 – Expert Witness Discovery | January 11, 2009 – Expert Witness Discovery |
| February 19, 2010 – Responding Markman Briefs | March 5, 2010 – Responding Markman Briefs |
| March 5, 2010 – Counsel confer and propose date to Court for Markman Hearing | March 19, 2010 – Counsel confer and propose date to Court for Markman Hearing |

The parties thank the Court in advance for its consideration of this request.

Judge Arpert
November 19, 2009
Page 2


Respectfully submitted,

Counsel for Plaintiffs:

*Robert Ashbrook*

Robert W. Ashbrook Jr.
Dechert LLP
A Pennsylvania Limited Liability Partnership
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104-2808
(215) 994-4000

Counsel for Defendant:

Susan K. Conway
Patton Boggs, LLP
The Legal Center, One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600
sconway@pattonboggs.com


So Ordered this 19th day of November, 2009
Douglas E. Arpert, U.S.M.J.

3706831