

| | |
|---|---|
| Robert W. Ashbrook Jr.<br>Kevin M. Flannery<br>DECHERT LLP<br>A Pennsylvania Limited Liability Partnership<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104-2808<br>(215) 994-4000 | Thomas P. Lihan<br>DECHERT LLP<br>A Pennsylvania Limited Liability Partnership<br>Suite 500, 902 Carnegie Center<br>Princeton, NJ 08540-6531<br>(609) 955-3200 |

*Attorneys for Plaintiffs PharmaNet Development Group, Inc. and PharmaNet, LLC*

| | |
|---|---|
| Adlai J.J. Small<br>Susan Conway<br>PATTON BOGGS LLP<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(973) 848-5613 | Kevin M. Bell<br>Scott A.M. Chambers<br>William J. McKeague<br>PATTON BOGGS LLP<br>8484 Westpark Drive, Ninth Floor<br>McLean, Virginia 22102<br>(703) 744-8065, -8085, -8107 |

*Attorneys for Defendant DataSci Limited Liability Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PharmaNet Development Group, Inc. and PharmaNet, LLC,**<br>            Plaintiffs<br>v.<br>**DataSci Limited Liability Company,**<br>            Defendant | Civil Action No.<br>3:08-cv-2965 (GEB)(DEA)<br><br>Hon. Garrett E. Brown, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that all claims in the above-referenced action are dismissed in accordance with the confidential settlement agreement entered into by the parties and that the parties waive any right of appeal from this Stipulation of Dismissal.

Respectfully submitted,

| DECHERT LLP | PATTON BOGGS LLP |
|---|---|
| s/ *Robert W. Ashbrook Jr.*   Date: 12/21/09<br>Robert W. Ashbrook, Jr.<br>Kevin M. Flannery<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104-2808<br>(215) 994-2215 | s/ *Susan Conway*   Date: 12/21/09<br>Adlai J.J. Small<br>Susan Conway<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(973) 848-5613 |
| Thomas P. Lihan<br>Suite 500, 902 Carnegie Center<br>Princeton, NJ 08540-6531<br>(609) 955-3200 | Richard J. Oparil<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6496 |
| *Attorneys for Plaintiffs* | Kevin M. Bell<br>Scott A.M. Chambers<br>William J. McKeague<br>8484 Westpark Drive, Ninth Floor<br>McLean, Virginia 22102<br>(703) 744-8065, -8085, -8107<br><br>*Attorneys for Defendant* |

## Certificate of Service

I certify that I am a member of the bar of the United States District Court for the District of New Jersey and that today in:

> PharmaNet Development Group, Inc. et al. v. DataSci Limited Liability Company, D.N.J. no. 08-cv-2965

I caused the following documents:

> Stipulation of Dismissal
>
> Certificate of Service

to be served upon the following person(s):

> DataSci Limited Liability Company
> c/o Adalai J.J. Small
> Patton Boggs, LLP
> The Legal Center
> One Riverfront Plaza
> Newark, New Jersey 07102
> 973-848-5600
> asmall@pattonboggs.com

via:

> the Court's ECF system

Dated: *December 21, 2009*          *s/ Robert W. Ashbrook Jr.*
                                                    Robert W. Ashbrook, Jr.

15308016